MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* DONALD HIRST et al., Defendants, and NASSAU LANE REALTY CORPORATION, Appellant.

Submitted May 25, 1949; decided July 19, 1949.

*Norman A. Howard* for appellant.

*Vincent Keane* and *Louis W. Dawson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.